FILED

04/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0197

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0197

IN THE MATTER OF:

S.T.S.,

Respondent and Appellant.

**ORDER**

Upon consideration of Appellant's motion to voluntarily dismiss the appeal and good cause appearing,

IT IS HEREBY ORDERED that Appellant's appeal in the above matter is DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 12 2022